UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| LUIS ZARATE-HERNANDEZ, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | CAUSE NO.: 4:23-CV-92-GSL-JEM |
| | ) | |
| LUIS PEREZ MALDANADO and | ) | |
| BARR-NUNN TRANSPORTATION, | ) | |
| LLC, a/k/a/ BARR-NUNN | ) | |
| TRANSPORTATION, INC., | ) | |
|     Defendants. | ) | |

**REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE PURSUANT TO
28 U.S.C. § 636(b)(3) and Local Rule 72-1**

This matter is before the Court *sua sponte*. On February 12, 2024, and again on April 10, 2024, Plaintiff was informed that the claims against Defendant Luis Perez Maldanado would be dismissed for failure to serve hm. No proof of service or waiver of service has been filed on the docket, nor has an attorney entered an appearance on behalf of Maldanado.

Federal Rule of Civil Procedure 4(m) provides, in part, that "[i]f a defendant is not served within 90 days after the complaint is filed, the court–on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). The deadline for service has expired, with no indication of service on the docket nor an additional request for extension of time to effect service.

Accordingly, in light of Plaintiff's failure to demonstrate that Defendant Luis Perez Maldanado Arias has been served, the Court **RECOMMENDS** that the District Court **DISMISS** the claims against Defendant Luis Perez Maldanado in this case **without prejudice** for lack of

1

service.

This Report and Recommendation is submitted pursuant to 28 U.S.C. § 636(b)(1)(B). Pursuant to 28 U.S.C. § 636(b)(1), the parties shall have fourteen (14) days after being served with a copy of this Recommendation to file written objections thereto with the Clerk of Court. The failure to file a timely objection will result in the waiver of the right to challenge this Recommendation before either the District Court or the Court of Appeals. *Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999); *Hunger v. Leininger*, 15 F.3d 664, 668 (7th Cir. 1994); *Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260-61 (7th Cir. 1989).

SO ORDERED this 29th day of April, 2024.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:   All counsel of record
      Judge Gretchen S. Lund