UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| LUIS ZARATE-HERNANDEZ,<br><br>　　Plaintiff,<br><br>　　v.<br><br>LUIS PEREZ MALDONADO, et al.,<br><br>　　Defendants. | Case No. 4:23-CV-092-GSL-JEM |

## ORDER

On April 10, 2024 Magistrate Judge John E. Martin ordered the Plaintiff to file proof of service of the complaint on defendant Luis Perez Maldanando on or before April 24. 2024 (DE 14). Plaintiff failed to do so, and Magistrate Judge Martin issued his report and recommendation that the District Court dismiss the claims against defendant Luis Perez Maldanando without prejudice for lack of service on April 29, 2024 (DE 15).

The Court, having reviewed that report and recommendation (DE 15), and finding no clear error therein, hereby ADOPTS the report in its entirety and DISMISSES defendant Luis Perez Maldanando without prejudice.

　　SO ORDERED.

　　ENTERED: June 25, 2024

　　　　　　　　　　　　　　　　　　　　　　/s/ GRETCHEN S. LUND
　　　　　　　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　　　　　　　United States District Court